Lee Stein, Bar No. 012368
Steven J. Monde, Bar No. 024076
**PERKINS COIE BROWN & BAIN P.A.**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: LStein@perkinscoie.com
SMonde@perkinscoie.com

Attorneys for Plaintiffs
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ANGEL LOPEZ-VALENZUELA and ISAAC CASTRO-ARMENTA,<br><br>Plaintiffs,<br><br>v.<br><br>MARICOPA COUNTY; JOE ARPAIO, Maricopa County Sheriff, in his official capacity; ANDREW THOMAS, Maricopa County Attorney, in his official capacity; and BARBARA RODRIGUEZ MUNDELL, Presiding Judge, Maricopa County Superior Court, in her official capacity,<br><br>Defendants. | No. CV 08-660-PHX-SRB (ECV)<br><br>**NOTICE OF DEPOSITION OF SHERIFF JOSEPH ARPAIO**<br><br>[CLASS ACTION]<br><br>(Assigned to the Hon. Susan R. Bolton) |

68081-0001/LEGAL17062476.1

| | |
|---|---|
| 1 | Additional counsel: |
| 2 | Cecillia D. Wang (admitted *pro hac vice*)<br>Caroline Cincotta (admitted *pro hac vice*) |
| 3 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>  IMMIGRANTS' RIGHTS PROJECT |
| 4 | 39 Drumm Street<br>San Francisco, CA  94111 |
| 5 | Telephone:  (415) 343-0775<br>Facsimile:  (415) 395-0950 |
| 6 | Email: cwang@aclu.org<br>         ccinotta@aclu.org |
| 7 | |
| 8 | Cynthia Valenzuela (admitted *pro hac vice*)<br>Gladys Limon (admitted *pro hac vice*)<br>MEXICAN AMERICAN LEGAL |
| 9 |    DEFENSE AND EDUCATIONAL FUND |
| 10 | 634 S. Spring Street, 11th Floor<br>Los Angeles, CA  90014<br>Telephone: (213) 629-2512 |
| 11 | Facsimile: (213) 629-0266<br>Email: cvalenzuela@maldef.org |
| 12 |          glimon@maldef.org |
| 13 | Daniel Pochoda, Bar No. 021979<br>ACLU FOUNDATION OF ARIZONA |
| 14 | P. O. Box 17148<br>Phoenix, AZ  85011-0148 |
| 15 | Telephone:  (602) 650-1854<br>Facsimile:  (602) 650-1376 |
| 16 | Email: dpochoda@acluaz.org |
| 17 | David J. Bodney, Bar No. 006065<br>Kevin B. Wein, Bar No. 022752 |
| 18 | STEPTOE & JOHNSON LLP<br>201 E. Washington St., Suite 1600 |
| 19 | Phoenix, AZ 85004-2382<br>Telephone: (602) 257-5200 |
| 20 | Facsimile: (602) 257-5299<br>Email: dbodney@steptoe.com |
| 21 |          kwein@steptoe.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and
2  through their attorneys, will take the deposition of the person whose name and address is
3  stated below upon oral examination by stenographic means at the time and place stated
4  below before an officer authorized by law to administer oaths.

5  **PERSON TO BE EXAMINED:**   Sheriff Joseph Arpaio
                                 c/o Timothy J. Casey
6                                Schmitt, Schneck, Smyth & Herrod, P.C.
7                                1221 East Osborn Road, Suite 105
                                 Phoenix, Arizona 85014-5540
8
9  **DATE AND TIME OF DEPOSITION:**   Friday, December 4, 2009
                                       10:00 a.m.
10
11 **PLACE OF DEPOSITION:**   Perkins Coie Brown & Bain P.A.
                              2901 North Central Ave., 20th Floor
12                            Phoenix, Arizona 85012

13 Dated: October 2, 2009          **PERKINS COIE BROWN & BAIN P.A.**

14                                 **ACLU FOUNDATION**
                                   **IMMIGRANTS' RIGHTS PROJECT**
15
                                   **MEXICAN AMERICAN LEGAL DEFENSE**
16                                 **AND EDUCATIONAL FUND**

17                                 **ACLU FOUNDATION OF ARIZONA**

18                                 **STEPTOE & JOHNSON LLP**

19
                                   By: /s/ Steven J. Monde
20                                     Steven J. Monde, Bar No. 024076
                                       PERKINS COIE BROWN & BAIN P.A.
21                                     2901 N. Central Avenue, Suite 2000
                                       Phoenix, AZ 85012-2788
22                                     Telephone: 602.351.8000
                                       Facsimile: 602.648.7000
23                                     Email: SMonde@perkinscoie.com

24                                 Attorneys for Plaintiffs
                                   ANGEL LOPEZ-VALENZUELA
25                                 ISAAC CASTRO-ARMENTA

26

## CERTIFICATE OF SERVICE

☒ I hereby certify that on October 2, 2009, I electronically transmitted the attached Notice of Deposition of Sheriff Joseph Arpaio using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy James Casey  
Schmitt Schneck Smyth & Herrod PC

Via ECF  
at timcasey@azbarristers.com &  
eileen@azbarristers.com

Rex Craig Nowlan  
Office of the Attorney General

Via ECF  
at adminlaw@azag.gov &  
rex.nowlan@azag.gov

☒ I hereby certify that on October 2, 2009, I also sent the attached document by first class mail to:

Coash & Coash  
Certified Court Reporters  
1802 North 7th Street  
Phoenix, Arizona 85006

I declare under penalty of perjury that the above is true and correct.

Dated: October 2, 2009  
Phoenix, Arizona

/s/ Lisa Mazza  
Lisa Mazza